[No. 11096-6-III.   Division Three.   June 11, 1992.]

FRANK HARPER, ET AL, *Plaintiffs*, v. DELMER JOHNSTON
TRUCKING, ET AL, *Appellants*, THE CITY
OF CHELAN, *Respondent*.

Appeal from a judgment of the Superior Court for Che-
lan County, No. 89-2-00314-1, John E. Bridges, J., entered

September 17, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.